United States Bankruptcy Court

Southern District of Florida

In re:     Case No. 23-18515-SMG

Fig & Fennel at MIA, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-0 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2023 | Form ID: 309F1 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fig & Fennel at MIA, LLC, 1855 Purdy Avenue, Miami Beach, Fl 33139-1425 |
| aty | + | Howard S Toland, Mitrani, Rynor, Adamsky & Toland PA, 1200 Weston Road, Penthouse, Weston, FL 33326-1987 |
| intp | + | Icebox Cafe BPO, LLC, 1855 Purdy Avenue, Miami Beach, Fl 33139-1425 |
| intp | + | Icebox Cafe at MIA, LLC, 1855 Purdy Avenue, Miami Beach, FL 33139-1425 |
| intp | + | Icebox Cafe, L.C., 1855 Purdy Avenue, Miami Beach, Fl 33139-1425 |
| intp | + | Icebox Pantry at ATL, LLC, 739 Lambert Drive NE, Atlanta, GA 30324-4145 |
| intp | + | Icebox Pantry at Hallandale, LLC, 219 NE 3rd Street, Hallandale, Fl 33009-3402 |
| intp | + | Icebox Pantry at UCF, LLC, 12650 Ingenuity Drive, Orlando, Fl 32826-2703 |
| intp | + | Icebox Pantry, LLC, 219 NE 3rd Street, Hallandale, Fl 33009-3402 |
| cr | + | Newtek Small Business Finance , LLC, c/o Howard S Toland , Esq, 1200 Weston Road Penthouse, Weston, Fl 33326-1987 |
| 97122636 | + | Chefmod LLC, 85 Fifth Avenue, 14th Fl., New York, NY 10003-3019 |
| 97122637 | + | Cheney Brothers, Inc., One Cheney Way, West Palm Beach, FL 33404-7000 |
| 97122638 | + | Complete Kitchen Care, Inc., 10450 SW 198th Street, Miami, FL 33157-8507 |
| 97122639 | + | Day & Night Grease Trap & Storm Drain, 1115 West 39 Terrace, Hialeah, FL 33012-4135 |
| 97122640 | + | ESL Repairs, Inc., 1730 SW 84th Avenue, Miami, FL 33155-1116 |
| 97122635 | + | Fig & Fennel MIA, LLC, 1855 Purdy Avenue, Miami Beach, FL 33139-1425 |
| 97122641 | + | Julius Meinl North America, LLC, P.O. Box 822010, Pembroke Pines, FL 33082-2010 |
| 97122642 | + | Osmany Espinal, 1730 SW 84th Avenue, Miami, FL 33155-1116 |
| 97122643 | + | Pentimento Design, Inc., c/o Francesca Pardo, 205 West 95th Street, New York, NY 10025-6300 |
| 97122644 | + | People's Plumbing & Mechanical, Inc., 4290 NW 37 Court, Miami, FL 33142-4234 |
| 97122645 | + | Premier Produce, P.O. Box 5606, Carol Stream, IL 60197-5606 |
| 97122646 | | Sysco South Florida, Inc., P.O. Box 64000, Miami, FL 33164 |
| 97122647 | | U.S. Small Business Admin., 2 North Street, Ste. 320, Birmingham, AL 35203 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: aleichtling@ll-lawfirm.com | Oct 25 2023 01:16:00 | Adam B. Leichtling, 255 Alhambra Circle, Suite 600, Coral Gables, FL 33134 |
| aty | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 25 2023 01:21:00 | Martin P Ochs, Office of the US Trustee, 75 Ted Turner Drive, Suite 362, Atlanta, GA 30303-3330 |
| smg | + | Email/Text: swulfekuhle@broward.org | Oct 25 2023 01:17:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1801 |
| smg | | EDI: FLDEPREV.COM | Oct 25 2023 04:49:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| smg | | EDI: IRS.COM | Oct 25 2023 04:49:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Oct 25 2023 01:21:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 97122648 | + | Email/Text: wylene.troutman@whaleyfoodservice.com | Oct 25 2023 01:20:00 | Whaley Foodservice, P.O. Box 615, Lexington, SC 29071-0615 |

TOTAL: 7

District/off: 113C-0 User: admin Page 2 of 3
Date Rcvd: Oct 24, 2023 Form ID: 309F1 Total Noticed: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**  **Bypass Reason**  **Name and Address**
97122634    Fig & Fennel MIA, LLC (23-18515)

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2023                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:

**Name**  **Email Address**

Adam B. Leichtling
on behalf of Debtor Icebox Cafe L.C. aleichtling@ll-lawfirm.com

Adam B. Leichtling
on behalf of Interested Party Icebox Pantry LLC aleichtling@ll-lawfirm.com

Adam B. Leichtling
on behalf of Interested Party Icebox Cafe L.C. aleichtling@ll-lawfirm.com

Adam B. Leichtling
on behalf of Debtor Icebox Pantry at Hallandale LLC aleichtling@ll-lawfirm.com

Adam B. Leichtling
on behalf of Interested Party Icebox Pantry at ATL LLC aleichtling@ll-lawfirm.com

Adam B. Leichtling
on behalf of Debtor Fig & Fennel at MIA LLC aleichtling@ll-lawfirm.com

Adam B. Leichtling
on behalf of Debtor Icebox Pantry at UCF LLC aleichtling@ll-lawfirm.com

Adam B. Leichtling
on behalf of Debtor Icebox Cafe BPO LLC aleichtling@ll-lawfirm.com

Adam B. Leichtling
on behalf of Debtor Icebox Cafe at MIA LLC aleichtling@ll-lawfirm.com

Adam B. Leichtling
on behalf of Debtor Icebox Pantry LLC aleichtling@ll-lawfirm.com

Adam B. Leichtling
on behalf of Interested Party Icebox Cafe at MIA LLC aleichtling@ll-lawfirm.com

Adam B. Leichtling
on behalf of Debtor Icebox Pantry at ATL LLC aleichtling@ll-lawfirm.com

Adam B. Leichtling
on behalf of Interested Party Icebox Cafe BPO LLC aleichtling@ll-lawfirm.com

Adam B. Leichtling
on behalf of Interested Party Icebox Pantry at Hallandale LLC aleichtling@ll-lawfirm.com

District/off: 113C-0                       User: admin                                        Page 3 of 3
Date Rcvd: Oct 24, 2023                    Form ID: 309F1                                     Total Noticed: 30

Adam B. Leichtling
                    on behalf of Interested Party Icebox Pantry at UCF  LLC aleichtling@ll-lawfirm.com

Howard S Toland
                    on behalf of Creditor Newtek Small Business Finance   LLC htoland@mitrani.com

Martin P Ochs
                    on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov

Office of the US Trustee
                    USTPRegion21.MM.ECF@usdoj.gov


TOTAL: 18

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Fig & Fennel at MIA, LLC <br> Name | EIN: | 47–1257576 |
| United States Bankruptcy Court | Southern District of Florida | Date case filed for chapter: | 11    10/18/23 |
| Case number: | 23–18515–SMG | | |

## Notice of Chapter 11 Bankruptcy Case   **JOINTLY ADMINISTERED** with
23–18521, 23–18522, 23–18523, 23–18525, 23–18526, 23–18529, 23–18530

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Fig & Fennel at MIA, LLC | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 1855 Purdy Avenue <br> Miami Beach, Fl 33139 | |
| 4. | **Debtor's Attorney** <br> (or Pro Se Debtor) <br> Name and address | Adam B. Leichtling <br> 255 Alhambra Circle <br> Suite 600 <br> Coral Gables, FL 33134 | Contact phone 305–569–4100 |
| 5. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Federal Building <br> 299 E Broward Blvd, Room 112 <br> Ft Lauderdale FL 33301 | Hours open 8:30 a.m. – 4:00 p.m. <br> Contact Phone (954) 769–5700 |
| | | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card). | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in–person filings. <br><br> Clerk of Court: **Joseph Falzone** <br> Dated: **10/24/23** |
| 6. | ***MEETING OF CREDITORS*** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | November 21, 2023 at 09:00 AM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE*** <br><br> **Trustee: Office of the US Trustee** <br> Call in number: 866–915–4419 <br> Participant Code: 6071331 |

Debtor  **Fig & Fennel at MIA, LLC**                                                                 Case number **23–18515–SMG**

| 7. Proof of Claim Deadline | Deadline for all creditors to file a proof of claim (except governmental units): | Filing deadline: 12/27/23 |
|---|---|---|
| | Deadline for governmental units to file a proof of claim: | Filing deadline: 4/15/24 |
| **When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadlines for Filing Proof of Claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at  www.flsb.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>● your claim is designated as *disputed, contingent,* or *unliquidated*;<br>● you file a proof of claim in a different amount; or<br>● you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1).<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. | |
| 8. **Exception to Discharge Deadline**<br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. | If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for Filing the Complaint:**     01/22/2024 | |
| 9. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 12. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |
| 13. **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8. | |